UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO. 09-36437-BKC-RAM
BERNARDO RODRIGUEZ
NEYME ROJAS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 494.98 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUN 4 2013

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

299947

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

JUN - 6 2013

FILED _____ RECEIVED _____

Copies to:

BERNARDO RODRIGUEZ
NEYME ROJAS
10373 SW 88 STREET #H2
MIAMI, FL 33176

JORGE L. SUAREZ, ESQUIRE
3735 SW 8TH STREET
SUITE 101
CORAL GABLES, FL 33134

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


IN RE:                                CASE NO.   09-36437-BKC-RAM
BERNARDO RODRIGUEZ
NEYME ROJAS

                                      CHAPTER 13


BERNARDO RODRIGUEZ              ---------$          494.98
NEYME ROJAS
10373 SW 88 STREET #H2
MIAMI, FL 33176


JORGE L. SUAREZ, ESQUIRE
3735 SW 8TH STREET
SUITE 101
CORAL GABLES, FL 33134

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130
```